## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| DAVID A. BARTH and HEATHER M. BARTH, Debtors. | 10-22104 RKM<br><br>[Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The checks listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Castle Rock Security, Inc.<br>2101 South Arlington Heights Road, #150<br>Arlington Heights, IL  60005 | $1.19 |
| GE Money Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | $3.00 |
| GE Money Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | $3.66 |
| GE Money Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | $4.86 |

The addresses listed above constitute the last known addresses in question. The check in the amount of $12.71 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this ____ day of November, 2011.

Duane H. Gillman, Trustee

SLC_962786.1